AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00117 |
| Garret Miller | ) | Assigned to: Judge Zia M. Faruqui |
| | ) | Assign Date: 1/19/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| **Date of Birth:  XXXXXXXX** | ) | |
| *Defendant(s)* | | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. 1752(a)(1), (2)- Knowingly Entering or Remaining in any Restricted Buildings or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(G)- Violent Entry and Disorderly Conduct on Capitol Grounds

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding

18 U.S.C. 231(a)(3)- Certain Acts During Civil Disorder

18 U.S.C. 875(c) - Threats

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Palomino, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  _____01/19/2021_____

_____
*Judge's signature*

City and state:  _____Washington, D.C._____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*